IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD MUNGRO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1304 |
| | ) Judge Conti |
| M.H. HARTWIGER, | ) Magistrate Judge Caiazza |
| | ) In Re: Doc. 32,38 |
| | ) |
| Defendant. | ) |

### ORDER

The Defendant shall file a response to the Plaintiff's Motion for Court Order (Doc. 32) and Motion for Production of Documents (Doc. 38) by August 29, 2005.


August 12, 2005        s/Francis X. Caiazza
                       Francis X. Caiazza
                       U.S. Magistrate Judge



cc:
Ronald Mungro, EJ-3868
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698

Christian D. Bareford, Esq.
Office of Attorney General
Fifth Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219