IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
RONALD MUNGRO,                  )
                                )
     Plaintiff,                 )
                                )
        v.                      ) Civil Action No. 04-1304
                                ) Judge Conti
M.H. HARTWIGER,                 ) Magistrate Judge Caiazza
                                ) In Re: Doc. 41
                                )
     Defendant.                 )
```

### MEMORANDUM ORDER

The Plaintiff's complaint was received by the Clerk of Court on August 26, 2004, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation, filed on August 19, 2005, recommended that the Plaintiff's Motion for Injunctive Relief be denied because he has requested relief against individuals who are not parties to this action. The parties were allowed ten (10) days from the date of service to file objections.  Service was made on the Plaintiff by First Class United States Mail and on the Defendants.  Objections were filed by the Plaintiff on August 29, 2005. After <u>de novo</u> review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 13th day of September, 2005,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Injunctive Relief is denied.

The Report and Recommendation of Magistrate Judge Caiazza, dated August 19, 2005 is adopted as the opinion of the court.

/s/ Joy Flowers Conti
Joy Flowers Conti
U.S. District Court Judge

cc:
Francis X. Caiazza
U.S. Magistrate Judge

Ronald Mungro, EJ-3868
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698

Christian D. Bareford, Esq.
Office of Attorney General
Fifth Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219